AO 245H (12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For a Petty Offense) - Short Form |
| JOLENE D. FOWLER | CASE NUMBER: 1:18CR35ACL |

pro se
Defendant's Attorney

☒ pleaded guilty to count(s) one (1) of the information on June 28, 2018

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:13-7220.M | Open Container within a Motor Vehicle | 5/21/17 | 1 |

☐ Count(s) _____ _____ dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Count 1 | $10.00 | $100.00 |
| Totals: |  |  |

| Last Four Digits of Defendant's Soc.: | 6776 | June 28, 2018 |
|---|---|---|
| Defendant's Year of Birth.: | 1988 | Date of Imposition of Judgment |
| USM No. | n/a | /s/ Abbie Crites-Leoni |

Signature of Judicial Officer

City and State of Defendant's
Poplar Bluff, MO

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

June 28, 2018
Date

Record No.: 64